# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMPSON S. AUSTIN, | Case No. 1:18-cv-01630-BAM (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| SHERMAN, *et al.*, | (ECF No. 11) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Sampson S. Austin ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On June 19, 2019 the Court granted Plaintiff's motion for leave to amend and directed Plaintiff to file a first amended complaint within thirty (30) days. (ECF No. 11.) The deadline for Plaintiff to file a first amended complaint has expired, and he has not complied with the Court's order or otherwise communicated with the Court.

Accordingly, the Court HEREBY ORDERS that Plaintiff shall show cause in writing, within **twenty-one (21) days** of service of this order, why this action should not be dismissed for Plaintiff's failure to comply with the Court's order and for failure to prosecute. Plaintiff can comply with this order to show cause by filing a first amended complaint in compliance with the Court's June 19, 2019 order. **Plaintiff's failure to respond to this order will result in the**

**dismissal of this action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: __**July 29, 2019**__                    _____/s/ *Barbara A. McAuliffe*_____
                                                UNITED STATES MAGISTRATE JUDGE