| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMPSON S. AUSTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERMAN, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:18-cv-01630-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 22) |

　　　　Plaintiff Sampson S. Austin ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 4, 2020, the assigned Magistrate Judge screened Plaintiff's second amended complaint and issued findings and recommendations recommending dismissal of the federal claims in this action for failure to state a cognizable claim upon which relief may be granted and that the Court decline to exercise supplemental jurisdiction over Plaintiff's purported state law claims.  (ECF No. 22.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Id. at 9–10.)  No objections have been filed, and the deadline to do so has now expired.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 4, 2020, (ECF No. 22), are adopted in full;
2. The federal claims in this action are dismissed, with prejudice, based on Plaintiff's failure to state a cognizable claim upon which relief may be granted;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's purported state law claims; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 2, 2020

SENIOR  DISTRICT  JUDGE